**December 20, 1983**

State v. Burke, Richard Gary (CA A26019)(SC S30039). The petition for review is allowed. The Court of Appeals is affirmed. That portion of defendant's sentence imposing a 10-year mandatory minimum sentence is vacated, *State v. Macy,* 295 Or 738, 671 P2d 92 (1983). (673 P2d 177)

**December 28, 1983**

In the Matter of the Compensation of Patterson, William, Claimant. Patterson v. State Accident Insurance Fund Corporation (CA A25743)(SC 29721). The petition for review is allowed. This case is remanded to the Court of Appeals for reconsideration in light of *McGarrah v. SAIF,* 296 Or 145, 675 P2d 159 (1983). (673 P2d 178)